**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 11-cv-0600-JLK

ROBERT MILANO and
JUDITH MILANO,

    Plaintiffs,

OPPENHEIMERFUNDS, INC.,
OPPENHEIMERFUNDS DISTRIBUTOR, INC., and
ANGELO MANIOUDAKIS,

    Defendants.

## ORDER STAYING CASE

This above-entitled matter comes before the Court on Defendants' Unopposed Motion to Enter Order Staying *Milano v. OppenheimerFunds, Inc.*, Case No. 11-cv-00600-JLK (doc. #8), filed March 21, 2011. The Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby **GRANTS** the Motion and **ORDERS** that the action brought by plaintiffs styled *Milano v. OppenheimerFunds, Inc.*, Case No. 11-cv-00600-JLK (the "Milano Action"), is hereby **STAYED** until such time as this Court issues its decision on the motions to dismiss filed in the Fixed Income Fund Actions, or otherwise disposes of the case.

It is **FURTHER ORDERED** that fourteen (14) days following the issuance of the Court's ruling on the motions to dismiss the Fixed Income Fund Actions or other disposition of this case, the parties in the Milano Action shall meet and confer and shall submit a joint status report to this Court setting forth what issues, if any, remain. If appropriate, the parties shall set forth a proposed briefing schedule for any motion to dismiss the complaint.

Dated this 21<u>st</u> day of March, 2011.

                                              BY THE COURT:

                                              ***s/John L. Kane***
                                              John L. Kane, Senior Judge
                                              United States District Court