IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 11-cv-0600-JLK

ROBERT MILANO and
JUDITH MILANO,

     Plaintiffs,

OPPENHEIMERFUNDS, INC.,
OPPENHEIMERFUNDS DISTRIBUTOR, INC., and
ANGELO MANIOUDAKIS,

     Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR STAY

This above-entitled matter comes before the Court on the Defendants' Unopposed Motion For Stay (doc. #20), filed February 15, 2012. The Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby **GRANTS** the Motion. This matter is stayed through and including Friday April 13, 2012. If the Parties have not filed a dismissal by that date, the Parties shall submit a Joint Status Report on April 13, 2012.

DONE this 15th day of February, 2012.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court